In the Matter of the Petition of JOHN E. CLARK to Compel ARTHUR C. KLINE, as Administrator, etc., of CHARLES L. CLARK, Deceased, to Render and Settle His Accounts as Administrator.— Appeal dismissed unless appellant shall file

and serve printed papers and briefs by May twenty-first. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.